IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARCIA SMITH, | ) |
| *Plaintiff,* | ) ) ) ) NO. 2:11-0005 ) JUDGE HAYNES |
| DEPUY ORTHOPAEDICS, INC., *et al.*, | ) ) |
| *Defendants.* | ) |

## ORDER

Pursuant to the Conditional Transfer of the Judicial Panel on Multidistrict Litigation in In re DePuy Orthopaedics, Inc., ASR HIP Implant Products Liability Litigation, MDL-2197, the Clerk of this Court is directed to administratively close this action and upon receipt of the Final Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then either party may move to reopen this action.

It is so **ORDERED**.

ENTERED this the 18th day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge